**FILED**

APR 7 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

James William Gerbie

v.

**Defendant(s)**

Menard, Inc.

Case No. 14CV2147

Age Discrimination
Disability Discrimination

Judge Leinenweber
Magistrate Judge Mason

Attached is Right to Sue letter and original Copy of Complaint.

*/s/ James W. Gerbie*
4/7/14

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: James W. Gertie
2391 Forest Ave
Rolling Meadows, IL 60008

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2013-11397 | William Hubbartt, Investigator | (312) 869-8091 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

John P. Rowe
District Director

14cv2147

12/24/13

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Gertie  First Name: James  MI: W.

Street or Mailing Address: 2391 Forest Ave.  Apt or Unit #: _____

City: Rolling Meadows  County: Cook  State: IL  Zip: 60008

Phone Numbers: Home: ( ) None  Work: (847) 418-4050

Cell: 847 845-4295  Email Address: jgertie03@gmail.com

Date of Birth: 9-28-63  Sex: ☒ Male ☐ Female  Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.  i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☒ White
☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Germany

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: Jeanne Bianchi  Relationship: Sister

Address: 10 Slotzsen  City: Mt. Prospect  State: IL  Zip Code: 60056

Home Phone: 847 635-9827  Other Phone: 847 691-1635

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Menard, Inc.

Address: 7435 Barrington Rd.  County: Cook

City: Hanover Park  State: IL  Zip: 60104  Phone: (630) 372-3471

Type of Business: Home Improvement  Job Location if different from Org. Address: 5101 Menard Drive

Human Resources Director or Owner Name: Lisa Winkler  Phone: (630) 372-3480

54703

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15  ☐ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: 06-06-2000  Job Title At Hire: Manager Trainee

Pay Rate When Hired: $11.50/hour  Last or Current Pay Rate: $13.80/hour

Job Title at Time of Alleged Discrimination: Electrical Dept. Manager  Date Quit/Discharged: 9-13-2012

Name and Title of Immediate Supervisor: Allen Silberman - General Manager

If Job Applicant, Date You Applied for Job 6/5/2000  Job Title Applied For Manager Trainee

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE*, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☐ Sex  ☒ Age  ☒ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): Disability due to Documented Depression

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 9-12-12  Action: I was fired from Menard, Inc., while under Federal Medical Leave Act protection.

Name and Title of Person(s) Responsible: Mr. Allen Silbernagel, General Manager

B. Date: 8-2-12  Action: My private medical information was verbally told to Dept. management present by Mr. Gotzman

Name and Title of Person(s) Responsible: Mathew Gotzman, Assistant General Manager

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
I was fired and replaced with a person who is about 1/2 my age, unqualified and who was insubordinate to me.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
Mr. Silbernagel stated that I was fired due to being insubordinate during a two hour "verbally abuse" counseling

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race/Sex/Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Brian Strzdecki | white Male, Age 27 yrs old | Asst. Dept. Manager, Electrical Dept. | Mr. Strzdecki was my subordinate and yet was shown favoritism by Mr. Matt Gotzman overriding his duties + responsibilities in his position as my assistant. He never completed tasks that were assigned to |
| B. | | | |

Inc. "Additional Training and Communication Forms, per Menard, Inc. Company Policies, to correct his insubordinate behaviors. These behaviors lasted over a approx. two month period of time, concluding at my dismissal on 9/10/12; while I was on Limited work and under F.M.L.A. protection due to work related stress documented by two different Medical Doctors on August 2nd and August 7th 2012, respectively.

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. None

B. 

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. None

B. 

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. Please check all that apply:
   ☑ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
Depression and Anxiety
Limits my sleep, work shifts to 8-9 hrs

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☑ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
Celexa, Zanax

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
☑ Yes ☐ No
If "Yes," when did you ask? 8/7/12   How did you ask (verbally or in writing)? In writing, Dr.
Who did you ask? (Provide full name and job title of person) My Doctors Note;
Mr. Allen Silbernagel, General Manager
Describe the changes or assistance that you asked for Due to the stress from my
work, my Doctor requested a 40 hour Maximum
work week with 8 hours per shift.
How did your employer respond to your request? I was put on a 8 hour Max,
shift per day and 40 hours per week under
the title of "Intermitent FMLA."

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. Richard Maternowski, (630) 624-0389, Call Center At Ameriprise, He will verify the Medical Information Violation

B. Shirley Mayer, 224-588-1710, she will verify the insubordination by

C. David Kitz 847-742-7872 Insub, violation,

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: Il Dept of labor, December 5th, 2012

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Shawn Jones, 708 Church St Evanston IL, 60202, (847) 475-1780, August 27, 201

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_[signature]_      12/27/12
**Signature**      **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.